**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-7583**

———————

JOHN PAUL TURNER,

Petitioner - Appellant,

versus

A. LEE ERVIN,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, District Judge. (CA-95-1026-R)

———————

Submitted:  December 14, 1995      Decided:  January 18, 1996

———————

Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

John Paul Turner, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. Turner v. Ervin, No. CA-95-1026-R (W.D. Va. Sept. 20 and 28, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. Appellant's motion to consolidate cases is denied.

DISMISSED

2